## Commonwealth v. Brickhouse, Appellant.

Submitted December 3, 1973. *Burton A. Rose,* for appellant; *David Richman* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order is affirmed.
SPAULDING, J., absent.

## Commonwealth v. Brock, Appellant.

Submitted November 12, 1973. *George E. Schumacher* and *Schumacher & White,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.
Order affirmed.
SPAULDING, J., absent.